Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone: (818) 933-5700
Facsimile:  (818) 933-5755



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:          CLERK, U.S. BANKRUPTCY COURT

Re:          UNDISTRIBUTED FUNDS

Debtor:      DEANNA MERCADO FARRELLY
             PO BOX 33053
             GRANADA HILLS, CA  91394

Case No.:    SV07-10004-AA

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| DEANNA MERCADO FARRELLY<br>P.O. BOX 33053<br>GRANADA HILLS, CA 91394 | $ 157.90 |

Dated:  July 08, 2011                                 _Elizabeth J Rojas_
                                                      Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0833891
Check Date: 07/06/2011
Check Amt: 157.90

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0710004 | Claim #: 00000 | DEANNA MERCADO FARRELLY | | 0.00 | 0.00 | 157.90 | 157.90 |
| | | TOTALS | | 0.00 | 0.00 | 157.90 | 157.90 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jul 06, 2011
CHECK NO.: 0833891

CHECK AMOUNT
$********157.90
VOID AFTER 60 DAYS

FARRELLY, DEANNA MERCADO

Case No: 0710004

PAY ONLY **157.90**
ONE  FIVE  SEVEN  PERIOD  NINE  ZERO

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $157.90

*Elizabeth F Rojas*

THIS DOCUMENT'S ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0833891⑈ ⑆122044300⑆ 001⑈111690⑈